UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| FERNANDO AVALOS, | ) | CASE NO. C08-1281-RSM |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| A. NEIL CLARK, Field Office Director, | ) | |
| U.S. Immigration and Customs Enforcement, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's motion to dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus, Dkt. 9, is DENIED, Respondent's Motion to Dismiss, Dkt. 14, is GRANTED, and this action is DISMISSED with prejudice; and

/ / /

ORDER OF DISMISSAL
PAGE -1

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 4th day of March, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE